Felony

# UNITED STATES DISTRICT COURT
### for the
Southern District Of Texas

United States District
Southern District of Texas
FILED
JUL 19 2019
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. B-19-mj-751 |
| Rene GARCIA-Cantu | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/10/2016__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 & 846 | Possession with intent to distribute exceeding 100 kilograms of marijuana, a schedule I controlled substance; Conspiracy to possess with intent to distribute 235 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Granado, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/19/2019__

_____
*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*

United States  
V.  
Rene GARCIA-Cantu

07/19/2019

B-19-mj-751

## ATTACHMENT
### (AFFIDAVIT CONTINUED)

On July 17, 2019, at approximately 1800 hours, U.S. Border Patrol agents discovered foot sign leading north away from the Rio Grande River near La Paloma, Texas. Agents followed the foot sign until encountering one male subject later identified as Rene GARCIA-Cantu. GARCIA was determined to be illegally in the U.S. by U.S. Border Patrol agents and transported to the Harlingen, Texas Border Patrol station for processing.

U.S. Border Patrol agents conducted record check on GARCIA and determined that he was a subject of investigation for the Drug Enforcement Administration. DEA agents were contacted and interviewed GARCIA on July 18, 2019 at the Harlingen, Texas Border Patrol Station. Agents had identified GARCIA as a subject of investigation and a conspirator in the smuggling of narcotics into the U.S.

On July 18, 2019, agents interviewed GARCIA and advised him of his Miranda Rights. GARCIA agreed to speak without the presence of an attorney, and admitted to knowingly and intentionally transporting illegal narcotics into the U.S. The interview for GARCIA was recorded by agents via audio.

GARCIA stated that he held a leadership role working for the Gulf Cartel (CDG) smuggling marijuana into the U.S. from January 2016 to January 2019 time period. GARCIA stated that he oversaw the smuggling of marijuana from Caricitos, Texas to the Los Indios, Texas area. GARCIA stated that he would smuggle approximately 300 kilograms of marijuana three (3) times a week into the U.S. GARCIA stated that he would make a profit of approximately $302,400 USD per year. Agents were aware that GARCIA coordinated approximately 235 kilograms marijuana load on February 10, 2016, in Cameron County, Texas. GARCIA specifically stated that he coordinated the smuggling of approximately 235 kilograms of marijuana on or around February 10, 2016 in Cameron County, Texas. This load of marijuana was seized by U.S. Border Patrol on that date, was tested, and found to contain properties consistent with marijuana. GARCIA possessed with intent to distribute approximately 235 kilograms of marijuana and conspired to do the same.

_____  
Signature of Complainant

Sworn to before me, and subscribed in my presence,

_____July 19, 2019_____  at  _____Brownsville, Texas_____  
Date                                  City and State

_Ronald G. Morgan, U.S. Magistrate_ Judge          _/s/ Ronald Morgan_  
Name and Title of Judicial Officer          Signature of Judicial